2/21/24
@12:38

2023R00442/DAF

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED
FEB 21 2024
AT 8:30 M
CLERK, U.S. DISTRICT COURT - DNJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Crim. No. 24-cr-104(RMB) |
| | : | |
| JARVIS SHABAZZ | : | 18 U.S.C. § 875(c) |
| | : | 18 U.S.C. § 2261A(2) |
| | : | |

# INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting in Camden, charges:

## COUNT 1
(Interstate Threats)

1. At all times relevant to this Indictment:

a. Defendant JARVIS SHABAZZ was located in the State of Georgia or outside of the United States.

b. Individual-1 was a resident of and located in New Jersey.

c. Individual-2 was a resident of and located in New Jersey.

d. Individual-3 was a resident of and located in Pennsylvania.

e. WhatsApp Messenger ("WhatsApp") is an Internet-based multimedia messaging service that enables users to communicate with each other via text, voice, and video.

2. From in or about October 2022 through at least in or about January 2024, defendant JARVIS SHABAZZ engaged in a campaign to threaten, harass, and intimidate Individual-1 and Individual-2. As set forth in more detail below, defendant JARVIS SHABAZZ sent communications to Individual-1 and Individual-2

that contained express or implied threats to kill or otherwise injure Individual-1 and Individual-2. Defendant JARVIS SHABAZZ frequently changed his phone number so that he could continue to send threats after Individual-1 blocked defendant JARVIS SHABAZZ's phone numbers.

3. On or about October 10, 2022, defendant JARVIS SHABAZZ left voicemails on the phone of Individual-1 containing the following content:

> You tell that bitch [Individual-3] that everything I told her father I was going to do, I am going to do. As far as her boyfriend, the one you aided and facilitated her committing adultery while she was nine months [unintelligible] you tell that motherfucker it will be difficult [unintelligible] getting a hold of him but don't worry, certain things are best done in person. I want everybody warned. I'm going to cut that motherfucker's dick off with a rusty Ka-bar. Yeah, I'm dismembering bodies and carving human fucking flesh. And it's your fault, [Individual-1], you scumbag piece of shit.
>
> I hope your fucking heart gives out when you see me on the news, you handkerchief head house n***** bed wench.
>
> That woman is an adulterous piece of shit like you were. And because you aided and assisted her in behaving in the vile way that you think is a normality… you are going to fucking die.

4. On or about October 10, 2022, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from the State of Georgia to the State of New Jersey, a communication, that is a voicemail message, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 2**
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. On or about October 19, 2022, defendant JARVIS SHABAZZ left voicemails on the phone of Individual-1 containing the following content:

> You understand me woman and you understand me well. It is black negro feminist scum like yourself that prevent the ultimate advancement and liberation of the race. Your insistence on taking Islam as a joke compelled you to aid my wife in adultery and religious hypocrisy. Ma'am there is not a white paramilitary organization on planet Earth that is going to prevent me from taking your life. I want you to understand me well. You will die at my hands. White people cannot protect you. And your children will suffer the same fate. Inshallah mother fucker.
>
> And the very moment you sic your slavemaster on me again and send white race soldiers to come eliminate me, the very second white supremacy takes my life, black supremacy is going to swoop in and take yours along with the lives of everyone else you love. Now go ahead and keep fucking with me. I've been telling you stupid motherfuckers for the past 20 years, I am not to be played with. Now you're going. It's a matter whether you're going easy or not. But you're going.
>
> My death will not protect you. Nor will my incarceration protect you. You are a dead woman walking. Your children are dead on their feet. You have no protection from Allah, fool.
>
> I know everything that there is to know about you Eurocentric minded house n*****. I know where you lay your motherfucking head. I know where you take your fucking meals at. I know who you consider allies and who you consider enemies. You motherfuckers know nothing of the Black god. See you soon.

3. On or about October 19, 2022, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from the State of Georgia to the State of New Jersey, a communication, that is a voicemail message, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 3**

(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. On or about November 13, 2022, defendant JARVIS SHABAZZ left a voicemail on the phone of Individual-1 containing the following content:

> I'm in these streets freezing to death every night while you lay comfortably in your fucking bed watching Netflix after you've destroyed my family. Ma'am, I am going to take a blade and carve you up so fucking nicely they won't be able to recognize you. You are getting a closed fucking casket. You're done. Bitch I am going to rearrange every bit of your fucking anatomy. Do you fucking hear me?

3. On or about November 13, 2022, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from the State of Georgia to the State of New Jersey, a communication, that is a voicemail message, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 4
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. On or about November 26, 2022, defendant JARVIS SHABAZZ sent a text message to Individual-1 containing the following content:

> You do know I'm going to kill you all behind that little girl. You know that right?

3. On or about November 26, 2022, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from the State of Georgia to the State of New Jersey, a communication, that is a text message, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

## COUNT 5
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. On or about June 12, 2023, defendant JARVIS SHABAZZ sent WhatsApp messages to Individual-2 containing the following content:

> FUCK THAT BITCH. THEY BOTH DESERVE TO BE SHOT TO DEATH.
>
> If I shot [Individual-1] in her fucking face I'd be completely justified in doing so… I'd love nothing more than to crush that woman's skull into the pavement beneath my boot. And the only reason you all sleep comfortably is because you think white amerikkka can prevent me from putting one of you muthafukkas in the ground.

3. On or about June 12, 2023, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from a place outside of the United States to the State of New Jersey, a communication, that is WhatsApp messages, to Individual-2, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 6**
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. Between on or about July 24, 2023 and on or about July 25, 2023, defendant JARVIS SHABAZZ sent WhatsApp messages to Individual-1 containing the following content:

> FUCK YOU AND DIE YOU FUCKING SCUMBAG
>
> You're all too comfortable murdering your offspring or jeopardizing their lives if they inconvenience. Fuck your life. Karen. You white washed bedwench. YOU DONT TAKE A SHOT AT MY MUTHAFUCKIN LIFE AND MISS. YOU DONT SEPARATE ME FROM MY CHILD BY THREATENING ME WITH A LYNCH MOB. I AM GOING TO END YOUR LIFE AND THE LIFE OF YOUR LOVED ONES FOR THAT. YOU STUPID CRAKKKER LOVIN BITCH.
>
> I don't mind dying behind what I believe. I never fuckin have. BUT I WILL NOT LEAVE THIS EARTH WITHOUT YOUR BLOOD MY HANDS GOD DAMN IT
>
> I hope you die in your fucking sleep tonight you raggedy ass bedwinch. FUCK YOUR LIFE.
>
> I'm going to carve that child's name into your flesh before I separate your head from your shoulders bitch.

3. Between on or about July 24, 2023 and on or about July 25, 2023, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from a place outside of the United States to the

State of New Jersey, a communication, that WhatsApp messages, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 7**
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 the Indictment are realleged and incorporated herein.

2. Between on or about July 26, 2023 and on or about July 28, 2023, defendant JARVIS SHABAZZ sent WhatsApp messages to Individual-1 containing the following content:

> Die you triflin bitch.
>
> You think what that fool did to Kim was bad. Wait till I get my fukkin hands on you.
>
> You can fiend innocence all you want. You're a fucking scumbag and you deserve to die.
>
> You must be outta your fuckin mind. You gone learn bitch. Just as sure as the fukkin sun rises. Your stupid treasonous ass is gone learn. And it's gon be the most expensive lesson of your raggedy ass life.
>
> DIE BITCH.
>
> I'm going to laugh hysterically while you and your love ones scream and cry and beg the white man's god for help.
>
> Fukk your life you worthless peice of shit.

3. Between on or about July 26, 2023 and on or about July 28, 2023, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from a place outside of the United States to the

State of New Jersey, a communication, that is a voicemail message, to Individual-1, which contained a threat to injure Individual-1.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 8**
(Interstate Threats)

1. Paragraphs 1 and 2 of Count 1 the Indictment are realleged and incorporated herein.

2. On or about August 11, 2023, defendant JARVIS SHABAZZ sent WhatsApp messages to Individual-2 containing the following content:

> The real reason I'm going to slaughter you all, the real crime, is that you all have learned nothing. Each and everyone of you is of the exact same wicked mindset that allowed the destruction of my family to begin. You all would betray me again in the exact same way if I was dumb enough to allow you to. Because the black nuclear family will never mean more to you then securing your own individual comfort under the white mans tyranny and oppression. I'm not angry or sad anymore. At all. It's like Iron Mike said. The most dangerous fighter is not the one who's most angry and ferocious. But it's the happy fighter. The one who enjoys what he's doing in there. The one who's having fun. And I am going to enjoy dismantling you people. Ima have fun with it. I already am. There was a time where the thought of a stranger burrying a knife in your throat on my behalf brought me grate sorrow, despite the fact that I know it could never end any other way. Now it brings a gleeful smile to my face. Not only am I going to utterly destroy you and everything you love, but I'm going to enjoy it. Tremendously.
>
> I'm free. And happy. And you all are marked for death. I win. You lose.
>
> chekk mate muthafukkas

3. On or about August 11, 2023, in the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

knowingly and in conscious disregard of a substantial and unjustifiable risk that the communication would be understood as a true threat, knowingly transmitted in interstate and foreign commerce, from a place outside of the United States to the

State of New Jersey, a communication, that WhatsApp messages, to Individual-2, which contained a threat to injure Individual-2.

In violation of Title 18, United States Code, Section 875(c).

**COUNT 9**
(Cyberstalking)

1. Paragraphs 1 and 2 of Count 1 the Indictment are realleged and incorporated herein.

2. Beginning no later than October 2022 through at least as late as July 2023, within the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

with the intent to harass and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facility of interstate and foreign commerce, including WhatsApp and cellular telephone networks, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, specifically Individual-1.

In violation of Title 18, United States Code, Section 2261A(2)(B).

## COUNT 10
(Cyberstalking)

1. Paragraphs 1 and 2 of Count 1 of the Indictment are realleged and incorporated herein.

2. Beginning no later than March 2023 through at least as late as January 2024, within the District of New Jersey and elsewhere, defendant

**JARVIS SHABAZZ,**

with the intent to harass and intimidate, used an interactive computer service, electronic communication service, electronic communication system of interstate commerce, and facility of interstate and foreign commerce, including WhatsApp and cellular telephone networks, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, specifically Individual-2.

In violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL

FOREPERSON

Philip R. Sellinger by AZ

PHILIP R. SELLINGER
United States Attorney

**CASE NUMBER: 24-__________**

---

**United States District Court**
**District of New Jersey**

---

**UNITED STATES OF AMERICA**

**v.**

**JARVIS SHABAZZ**

---

# INDICTMENT FOR

**18 U.S.C. § 875(c)**
**18 U.S.C. § 2261A(2)**

---

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

---

DANIEL A. FRIEDMAN
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
(856) 757-5026

---